UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD THOMPSON,

    Plaintiff,

v.

BROWN & BROWN OF OHIO, LLC,

    Defendants

Case No. 4:19-cv-10593
Hon. Matthew F. Leitman

_____/

### ORDER (1) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12); (2) DENYING PLAINTIFF'S MOTION TO WITHDRAW DEFENDANT'S SECOND REQUEST FOR ADMISSIONS DEEMED AS ADMITTED (ECF No. 15); AND (3) REOPENING DISCOVERY

On February 14, 2020, Defendant Brown & Brown of Ohio, LLC, filed a Motion for Summary Judgment. (*See* Mot., ECF No. 12.) On April 3, 2020, Plaintiff Ronald Thompson filed a Motion to Withdraw Defendant's Second Request for Admissions Deemed as Admitted. (*See* ECF No. 15.)

The Court held a hearing on the motions on September 15, 2020. For the reasons stated on the record during the hearing, Defendant's motion for Summary Judgment is **DENIED**, and Plaintiff's Motion to Withdraw is **DENIED** as moot. As further explained on the record, discovery is reopened. Discovery shall close on November 15, 2020. The Parties may file motions for Summary Judgment by

1

January 15, 2021. All other dates on the Case Management Order are adjourned pending further order of the Court.

**IT IS SO ORDERED**.

Dated: September 15, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2020, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764